UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.  3:00CR263(JCH) |
| | : | |
| v. | : | |
| | : | |
| KELVIN BURDEN, et al. | : | JULY 22, 2005_____ |

## APPEARANCE

    To the Clerk of this Court and all parties of record: please enter the appearance of the

undersigned Assistant United States Attorney, Stephen B. Reynolds, as counsel for the United

States of America in this case and as counsel for the government to whom electronic filing

notices should be directed, in lieu of the appearances of former Assistant United States Attorneys

Robert M. Appleton and Brian E. Spears.

                Respectfully submitted,

                KEVIN J. O'CONNOR
                UNITED STATES ATTORNEY

                STEPHEN B. REYNOLDS
                ASSISTANT UNITED STATES ATTORNEY
                FEDERAL BAR NO. CT19105
                UNITED STATES ATTORNEY'S OFFICE
                915 LAFAYETTE BOULEVARD
                BRIDGEPORT, CT 06604
                (203) 696-3000
                (203) 579-5575 (FAX)
                Stephen.Reynolds@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing was forwarded this 22nd day of

July 2005 to:

Bruce Koffsky, Esq.
1200 Summer Street, #201
Stamford, Connecticut 06905

Jeremiah Donovan, Esq.
P. O. Box 554
Old Saybrook, Connecticut 06475

Timothy Aspinwall, Esq.
3200 Main Street
Stratford, Connecticut 06497

William T. Koch, Esq.
151 Brush Hill Road
Lyme, Connecticut 06731

Peter Truebner, Esq.
111 Prospect Street, No. 206
Stamford, Connecticut 06901

Robert M. Frost, Jr., Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
P. O. Box 1740
Bridgeport, Connecticut 06604

_____
STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY

2