Date:  April 18, 2008

Hon.  J.C. Hall
c/o  Kevin Rowe, Clerk
Deputy Clerk
United States District Court
for the District of Connecticut

Dear  Judge Hall  ::

    I was sentenced by Judge  (Your Honor)  on  July 24, 2002  based on the sentencing guidelines that were then in effect regarding cocaine base.   I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

    I cannot afford to hire an attorney.  A completed financial affidavit is enclosed.  I am respectfully requesting that the Court appoint counsel to represent me.

    I  X do __  do not wish to be represented by the same lawyer who represented me at my original sentencing.

Sincerely,

Name:  Terrance Thompson

Address: FCI Allenwood

P.O. Box 2000

White Deer, PA 17887-2000

Telephone:  n/a