**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA,          Criminal No. 3:00CR-263(JCH)

     Plaintiff,

v.

TERRANCE THOMPSON,

     Defendant.          May 21, 2008

## MOTION FOR RE-APPOINTMENT OF COUNSEL, NUNC PRO TUNC

NOW comes DAVID J. WENC, CJA trial counsel for the defendant, TERRANCE THOMPSON, and moves this Honorable Court to reappoint him counsel for the defendant, nunc pro tunc to 12/18/07, regarding sentence reduction based upon the amendment to the sentencing guidelines for crack cocaine offenses for the following reason(s):

1. On December 18, 2007, February 27, 2008 and April 15, 2008, Mr. Thompson's family contacted defense counsel on behalf of Mr. Thompson regarding the Sentencing Commission retroactivity provision.

2. On April 18, 2008, Mr. Thompson wrote defense counsel requesting that I represent him concerning a possible reduction of sentence.

3. Mr. Thompson is currently incarcerated on a federal sentence, and he is indigent.

WHEREFORE, the undersigned counsel prays that this Motion

be granted and that he be reappointed, nunc pro tunc to December 18, 2007.

RESPECTFULLY SUBMITTED,

By: _____

David J. Wenc, Esq.
WENC LAW OFFICES
546 Halfway House Road
P.O. Box 306
Windsor Locks, CT 06096
Tel. (860) 623-1195
FED BAR # CT00089
david.wenclaw@sbcglobal.net


**CERTIFICATION**

    I hereby certify that on May 21, 2008 I served a copy of the foregoing Motion by U.S. mail, first-class, postage prepaid, to:

Chambers of the Honorable Janet C. Hall
United States District Court
915 Lafayette Boulevard
Bridgeport, CT  06604


_____
David J. Wenc, Esquire