UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

RECEIVED
2008 MAY 22 P 2:25

UNITED STATES OF AMERICA,

Plaintiff,

v.

TERRANCE THOMPSON,

Defendant.

Criminal No. 3:00CR-263(JCH)

CHAMBERS JANET C. HALL
U.S. DISTRICT JUDGE

May 21, 2008

## MOTION FOR RE-APPOINTMENT OF COUNSEL, NUNC PRO TUNC

NOW comes DAVID J. WENC, CJA trial counsel for the defendant, TERRANCE THOMPSON, and moves this Honorable Court to reappoint him counsel for the defendant, nunc pro tunc to 12/18/07, regarding sentence reduction based upon the amendment to the sentencing guidelines for crack cocaine offenses for the following reason(s):

1. On December 18, 2007, February 27, 2008 and April 15, 2008, Mr. Thompson's family contacted defense counsel on behalf of Mr. Thompson regarding the Sentencing Commission retroactivity provision.

2. On April 18, 2008, Mr. Thompson wrote defense counsel requesting that I represent him concerning a possible reduction of sentence.

3. Mr. Thompson is currently incarcerated on a federal sentence, and he is indigent.

WHEREFORE, the undersigned counsel prays that this Motion

*Page 1 of 2*

[Handwritten margin note: Granted nunc pro tunc as indicated. /s/ Janet C. Hall, USDJ   5/27/08]

[Stamp: FILED 2008 MAY 28 A 10:03 U.S. DISTRICT COURT BRIDGEPORT, CONN.]

be granted and that he be reappointed, nunc pro tunc to December 18, 2007.

RESPECTFULLY SUBMITTED,

By: _____
David J. Wenc, Esq.
WENC LAW OFFICES
546 Halfway House Road
P.O. Box 306
Windsor Locks, CT 06096
Tel. (860) 623-1195
FED BAR # CT00089
david.wenclaw@sbcglobal.net

**CERTIFICATION**

I hereby certify that on May 21, 2008 I served a copy of the foregoing Motion by U.S. mail, first-class, postage prepaid, to:

Chambers of the Honorable Janet C. Hall
United States District Court
915 Lafayette Boulevard
Bridgeport, CT  06604

_____
David J. Wenc, Esquire