# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 3:00CR00263 (JCH) |
| TERRENCE THOMPSON | : | |
|     Defendant. | : | JUNE 17, 2008 |

## ORDER TO SHOW CAUSE

The Defendant is hereby ORDERED to SHOW CAUSE, by July 25, 2008, why the defendant ought to be granted relief pursuant to 18 U.S.C. § 3582(c)(2) and 994(u), as well as Amendment 706 to the U.S.S. Guidelines.

The Government is to respond no later than August 14, 2008.

The court has reviewed a supplemental Presentence Report prepared by the Probation Office that suggests the defendant is ineligible because the Amendment does not lower the applicable guideline range, U.S.S.G. 1B1.10, comment. (n.1.(A)). The defendant's guideline range was determined based on his status as a career offender.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 17th day of June, 2008.

    /s/ Janet C. Hall
Janet C. Hall
United States District Court