```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
```

UNITED STATES OF AMERICA            Docket No. 3:00CR263 (JCH)

Vs.

TERRENCE THOMPSON, ET AL            July 21, 2008

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule One of the Local Rules of Criminal Procedure and Rule 9(b) of the Local Rules of Criminal Procedure, the defendant, TERRENCE THOMPSON, by and through his undersigned counsel, David J. Wenc, hereby moves for an enlargement of time to file a motion pursuant to 18 U.S.C. Sec. 3582 until August 14, 2008. In support of this motion, the defendant represents as follows:

1. Defense counsel has begun work on drafting a "3582" motion on behalf of Mr. Thompson. However, he needs access to the original trial file, which is stored off-site.

2. The storage company has indicated that the file will be available for pick up on Monday, July 21, 2008.

3. Defense Counsel is scheduled to attend a CJA seminar in Portland, Oregon from July 23, 2008 through July 27, 2008.

4. As a result, defense counsel will not complete the "3582" motion by July 25, 2008, the originally scheduled filing date.

5.   Instead, defense counsel believes that he can complete the "3582" motion on or before August 14, 2008.

6.   This requested extension date accounts for defense counsel's case load as well as the importance placed on this motion by Mr. Thompson and his family.

7. This is Mr. Thompson's first request for an enlargement of time.

WHEREFORE, the defendant prays that this motion be granted.

Respectfully Submitted,
DEFENDANT, TERRENCE THOMPSON,


By */s/ David J. Wenc*
David J. Wenc, His Attorney
WENC LAW OFFICES
546 Halfway House Road
P.O. Box 306
Windsor Locks, CT 06096
860-623-1195
FED BAR # CT00089

**CERTIFICATION**

     I hereby certify that on July 21, 2008 I served copy of the foregoing Motion by mailing same via U.S. mail, postage prepaid, to:

Chambers of the Honorable Janet C. Hall
United States District Court
915 Lafayette Boulevard
Bridgeport, CT  06604

U.S. Attorney's Office
915 Lafayette Boulevard
Bridgeport, CT  06604

 

*/s/ David J. Wenc*
David J. Wenc, His Attorney
WENC LAW OFFICES
546 Halfway House Road
P.O. Box 306
Windsor Locks, CT 06096
860-623-1195
FED BAR # CT00089