UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,           CR No.: 3:00-cr-263(JCH)

    Plaintiff,

V.

TERRENCE THOMPSON,

    Defendant.                         August 14, 2008


**MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)**


For the reasons set forth in the accompanying Memorandum in Support of Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582( c ) and any others that may appear at a hearing on this Motion, Terrence Thompson requests that the Court grant him appropriate reductions in his terms of imprisonment and supervised release.

                            Respectfully submitted,

                            */s/ David J. Wenc*
                               David Wenc
                            Wenc Law Offices
                          546 Halfway House Road
                                P.O. Box 306
                          Windsor Locks, CT 06096
                              (860) 623-1195
                           (860) 292-6705 – Fax
               david.wenclaw@sbcglobal.net
                  www.lawyers.com/wenclaw

**CERTIFICATION**

    I hereby certify that on August 14, 2008, I served copy of the foregoing document by U.S. mail, first-class, postage prepaid, to:

Chambers of the Honorable Janet C. Hall
United States District Court
915 Lafayette Boulevard
Bridgeport, CT  06604

Office of the U.S. Attorney
915 Lafayette Boulevard
Bridgeport, CT  06604

Terrance Thompson, Inmate #14264-014
c/o FCI Allenwood Medium
Federal Correctional Institution
P.O. BOX 2000
White Deer, PA  17887


                                                ***/S/ DAVID J. WENC***_____
                                                   David J. Wenc, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,          CR No.: 3:00-cr-263(JCH)

    Plaintiff,

V.

TERRENCE THOMPSON,

    Defendant.                           August 14, 2008

### ORDER

AND NOW, this  day of  _____,      2008,    after consideration of the Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582© and accompanying memorandum of law, it is hereby

ORDERED that the defendant's motion is GRANTED, and that Mr. Thompson's term of imprisonment shall be reduced to _____ months and his term of supervised release reduced to \_\_\_\_\_ years.

                                                               BY THE COURT:

                                      _____
                                      **THE HONORABLE JANET C. HALL**
                                      **United States District Court Judge**