UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:00CR-263(JCH) |
| Plaintiff, | |
| V. | |
| TERRANCE THOMPSON, | |
| Defendant. | September 9, 2008 |

## MOTION FOR PERMISSION TO FILE A SUR-SUR-REPLY BRIEF

NOW comes the defendant, TERRANCE THOMPSON, by and through his attorney, David J. Wenc, and moves this Honorable Court, for permission to file a sur-sur-reply brief in order to address the arguments put forth by the government in its sur-reply brief dated September 8, 2008.

The purpose of this sur-sur-reply brief is two-fold: (1) address the government's acceptance of Mr. Thompson's argument that he was sentenced "based on" USSG Section 2D1.1; and (2) present the court with a recent United States District Court decision that a motion for a reduction in sentence pursuant to 18 USC Section 3582(c) can form the basis for a de novo review of a defendant's sentence after considering the factors set forth in 18 USC Section 3553.

WHEREFORE, the defendant prays that this motion be granted.

Respectfully Submitted,
DEFENDANT, TERRANCE THOMPSON,

BY: */s/ David J. Wenc*
David J. Wenc, His Attorney
WENC LAW OFFICES
546 Halfway House Road
P.O. Box 306
Windsor Locks, CT  06096-0306
Tel. (860) 623-1195
Fed. Bar ct00089

**CERTIFICATION**

      I hereby certify that on September 9, 2008 I served a copy of the foregoing Motion for Permission by CMECF and/or U.S. mail, first-class, postage prepaid, to:

Chambers of the Honorable Janet C. Hall
United States District Court
915 Lafayette Boulevard
Bridgeport, CT  06604

Assistant United States Attorney Stephen Reynolds
Office of the U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT  06510

Terrance Thompson, Inmate #14264-014
C/o FCI Allenwood Medium
Federal Correctional Institution
P.O. BOX 2000
White Deer, PA  17887


                              */s/ David J. Wenc*
                              David J. Wenc, Esquire